**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA TODD WOOLRIDGE, | ) NO. EDCV 09-1700-R (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| (A) WARDEN K. Harrington, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: __September 21, 2009__ .

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE